

**FILED**
FEB 17 2005

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| JOAN M. HOCHSTEIN, | * | CIV 03-4256 |
| Plaintiff, | * | |
| -vs- | * | JUDGMENT |
| WELLMARK BLUE CROSS AND BLUE SHIELD OF SOUTH DAKOTA, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In accordance with this Court's Memorandum Opinion and Order Granting Summary Judgment issued on this date,

**IT IS ORDERED ADJUDGED AND DECREED** that Defendant's Motion for Summary Judgment, (Doc.20), is GRANTED.

Dated this 17th day of February, 2005.

BY THE COURT:

_____
Lawrence L. Piersol
Chief Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
(SEAL)     DEPUTY